# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DE LEON-TORRES,<br><br>                      Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | CASE NO. 07CV1874-LAB<br>[Related Case No. 04cr2898-LAB]<br>[Related Case No. 05cv2074]<br><br>**ORDER DENYING WITH PREJUDICE 28 U.S.C. § 2255 MOTION** |

      By Order entered April 26, 2006, the undersigned District Judge denied petitioner Ramon DeLeon-Torres' ("DeLeon-Torres") 28 U.S.C. § 2255 motion in Case No. 05cv2074-LAB and dismissed that action prejudice. De-Leon Torres appealed that result. By Order entered September 14, 2007, the Ninth Circuit Court of Appeals denied his application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the District Court, for failure to make the required *prima facie* showing. See 04cr2898-LAB Dkt No. 35; *see also* 05cv2074-LAB Dkt No. 1. The Ninth Circuit instructed: "No petition for rehearing or motion for reconsideration shall be filed or entertained in this case." Id. On September 20, 2007, DeLeon-Torres impermissibly filed a second or successive 28 U.S.C. § 2255 motion in this new case, again seeking to vacate, set aside, or correct his sentence. The motion is **DENIED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

DATED: October 15, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge